# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001725120
Search Results: Displaying 1 of 1 entries



*Sexual Obsession.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001725120 / 2011-03-25
**Application Title:** Sexual Obsession.
**Title:** Sexual Obsession.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Heartbreaker Films. Address: 26873 Sierra Hwy, #141, Santa Clarita, CA, 91321, United States.
**Date of Creation:** 2011
**Date of Publication:** 2011-03-14
**Nation of First Publication:** United States
**Authorship on Application:** Heartbreaker Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Heartbreaker Films



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:    Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page