# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

    Plaintiff,

v.

MATTHEW CICCONE,

    Defendant,

_____/

JONATHAN W TAPPAN (P72195)
Jonathan W Tappan, PLLC
2549 Somerset Blvd. #102
Troy, MI 48084
Phone: (415) 325-5900
Email: blgibbs@wefightpiracy.com
_____/

## STATEMENT OF DISCLOSURE OF CORPORATE
## AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, Plaintiff AF Holdings, LLC, by and through his attorney of record, makes the following disclosure: *(NOTE: a negative report, if appropriate, is required).*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes  ____   NO  _X__

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:

   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

1

Yes ____ No __X__

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:

Nature of Financial Interest:

|  |  |
|---|---|
| DATED: October 5, 2012 | Respectfully submitted,<br>AF Holdings LLC<br><br>By: /s/ Jonathan W Tappan<br>JONATHAN W TAPPAN (P72195)<br>Jonathan W Tappan, PLLC<br>2549 Somerset Blvd. #102<br>Troy, MI 48084<br>Phone: (415) 325-5900<br>Email: blgibbs@wefightpiracy.com<br>*Attorney for Plaintiff* |