UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

      Plaintiff,   Case No. 12-cv-14442

v.   Honorable Gershwin A. Drain

MATTHEW CICCONE,

      Defendant.

---

| JONATHAN W. TAPPAN, PLLC | BUTZEL LONG, a professional corporation |
|---|---|
| Jonathan W. Tappan (P72195) | Bernard J. Fuhs (P69621) |
| 2549 Somerset Blvd., #102 | Jennifer Dukarski (P74257) |
| Troy, Michigan 48084 | 150 W. Jefferson, Ste. 100 |
| (415) 325-5900 | Detroit, Michigan 48226 |
| blgibbs@wefightpiracy.com | (313) 225-7000 |
| | fuhs@butzel.com |
| | dukarski@butzel.com |

---

## APPEARANCE OF BERNARD J. FUHS

    Please enter the appearance of Bernard J. Fuhs from the law firm of Butzel Long as counsel for Defendant Matthew Ciccone in the above matter.

                              Respectfully submitted,

                              Butzel Long, a professional corporation

                              /s/ Bernard J. Fuhs
                              Bernard J. Fuhs (P69621)
                              Jennifer Dukarski (P74257)
                              150 W. Jefferson, Ste. 100
                              Detroit, Michigan 48226
                              (313) 225-7000
                              fuhs@butzel.com
                              dukarski@butzel.com

Dated: October 30, 2102

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2012, I electronically filed the Appearance of Bernard J. Fuhs with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/ Bernard J. Fuhs
Bernard J. Fuhs (P69621)
Jennifer Dukarski (P74257)
150 W. Jefferson, Ste. 100
Detroit, Michigan  48226
(313) 225-7000
fuhs@butzel.com
dukarski@butzel.com