UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,                       Civil Action No. 12-14442

        Plaintiff,                 District Judge Gershwin A. Drain
                                             Magistrate Judge Laurie J. Michelson

vs.

MATTHEW CICCONE,

        Defendant.
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the Magistrate Judge in this action. Upon review of the record, I have found cause to recuse myself pursuant to 28 U.S.C. §455. The Clerk is therefore directed to reassign this matter by blind draw to another Magistrate Judge for further proceedings.

                                               s/Laurie J. Michelson
                                               Laurie J. Michelson
                                               United States Magistrate Judge

Dated: November 12, 2012

---

Pursuant to this order this case is reassigned from Magistrate Judge Laurie J. Michelson to Magistrate Judge ___Mona K Majzoub_____

Date: _November 13, 2012_              _s/ S Schoenherr_____
                                              Deputy Clerk

**Copies Mailed to:**
Counsel of Record
Receiving Magistrate Judge