UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

    Plaintiff,

v                                          Case No. 12-CV-14442
                                             HON. GERSHWIN A. DRAIN

MATTHEW CICCONE,

    Defendant.
_____/

## ORDER STRIKING STIPULATION AND ORDER

On November 18, 2012 Plaintiff and Defendant's counsel filed a Joint Motion to Expedite Stipulated Motion for Expedited Discovery [Dkt. 8 ] & [ Exhibit #3]. Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed stipulation and order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation and order at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation and order [ Exhibit # 3] is STRICKEN.

**SO ORDERED.**


Dated: November 21, 2012                                  s/Gershwin A. Drain
                                                                GERSHWIN A. DRAIN
                                                                United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2012.

                                                  s/Tanya Bankston
                                                  TANYA BANKSTON
                                                  Case Manager