# EXHIBIT A

| IP Address | Date/Time (UTC) |
|---|---|
| 107.5.124.37 | 2012-09-01 06:14:16 |
| 107.5.211.170 | 2012-11-08 08:16:00 |
| 107.5.35.103 | 2012-11-05 19:03:27 |
| 107.5.35.110 | 2012-09-25 00:07:54 |
| 173.167.238.245 | 2012-11-04 18:10:27 |
| 23.28.120.229 | 2012-11-08 05:07:53 |
| 23.28.13.227 | 2012-08-21 04:47:42 |
| 23.28.15.95 | 2012-10-09 15:28:57 |
| 23.28.18.76 | 2012-11-09 16:10:31 |
| 23.28.24.230 | 2012-10-06 08:07:20 |
| 23.28.28.72 | 2012-09-22 23:10:06 |
| 23.28.29.236 | 2012-10-05 00:31:33 |
| 23.28.31.19 | 2012-09-26 20:55:55 |
| 23.28.38.79 | 2012-10-25 06:49:27 |
| 23.28.39.141 | 2012-10-26 00:01:36 |
| 23.28.4.120 | 2012-09-30 08:32:05 |
| 23.28.41.228 | 2012-11-09 00:45:02 |
| 23.28.43.210 | 2012-10-28 05:23:14 |
| 23.28.73.67 | 2012-09-10 02:27:20 |
| 23.28.77.14 | 2012-10-19 15:29:45 |
| 23.28.85.235 | 2012-11-09 02:41:20 |
| 23.28.87.61 | 2012-11-09 16:19:31 |
| 24.11.211.157 | 2012-11-02 14:33:50 |
| 24.11.222.22 | 2012-07-25 21:22:22 |
| 24.11.46.213 | 2012-11-01 21:11:28 |
| 24.176.22.78 | 2012-11-04 17:04:10 |
| 24.176.45.63 | 2012-11-08 22:36:25 |
| 24.176.50.165 | 2012-11-08 22:35:41 |
| 24.177.163.96 | 2012-07-24 19:07:17 |
| 24.177.170.93 | 2012-09-09 22:21:03 |
| 24.192.10.142 | 2012-10-11 02:33:48 |
| 24.192.114.255 | 2012-10-31 18:10:58 |
| 24.192.121.121 | 2012-07-19 05:43:52 |
| 24.192.127.116 | 2012-11-09 02:11:54 |
| 24.192.129.95 | 2012-10-19 20:26:31 |
| 24.192.13.11 | 2012-09-28 22:15:50 |
| 24.192.131.95 | 2012-10-07 22:45:18 |
| 24.192.132.102 | 2012-09-24 22:59:17 |
| 24.192.136.210 | 2012-10-16 07:40:50 |
| 24.192.140.244 | 2012-10-07 01:22:04 |
| 24.192.149.188 | 2012-11-04 02:58:29 |
| 24.192.164.161 | 2012-10-05 06:57:28 |
| 24.192.176.122 | 2012-07-30 15:28:45 |
| 24.192.179.250 | 2012-10-16 01:09:13 |
| 24.192.184.36 | 2012-08-23 20:54:48 |
| 24.192.186.48 | 2012-10-31 18:15:58 |

| IP Address | Timestamp |
|---|---|
| 24.192.191.139 | 2012-11-06 09:25:01 |
| 24.192.194.132 | 2012-11-03 12:20:00 |
| 24.192.20.21 | 2012-11-05 02:07:51 |
| 24.192.216.8 | 2012-10-09 16:42:02 |
| 24.192.221.79 | 2012-10-21 02:37:48 |
| 24.192.222.158 | 2012-10-25 09:21:58 |
| 24.192.241.100 | 2012-09-05 15:12:52 |
| 24.192.249.19 | 2012-10-12 06:32:40 |
| 24.192.250.238 | 2012-08-21 23:25:10 |
| 24.192.252.137 | 2012-09-21 01:00:26 |
| 24.192.252.61 | 2012-10-27 19:10:30 |
| 24.192.30.132 | 2012-09-21 11:23:32 |
| 24.192.30.43 | 2012-07-17 01:10:38 |
| 24.192.30.76 | 2012-08-10 01:36:04 |
| 24.192.35.24 | 2012-10-05 09:19:18 |
| 24.192.36.243 | 2012-09-15 18:20:44 |
| 24.192.40.180 | 2012-10-21 18:42:08 |
| 24.192.41.210 | 2012-09-18 06:32:03 |
| 24.192.57.2 | 2012-08-04 03:33:57 |
| 24.192.6.165 | 2012-10-26 18:10:57 |
| 24.192.9.190 | 2012-08-24 01:35:00 |
| 24.231.162.232 | 2012-09-26 02:36:33 |
| 24.231.215.24 | 2012-08-15 18:42:46 |
| 24.231.253.12 | 2012-10-30 03:25:26 |
| 24.236.163.194 | 2012-10-21 21:41:44 |
| 24.236.197.179 | 2012-10-06 23:14:50 |
| 24.236.197.4 | 2012-09-16 17:50:22 |
| 24.236.233.69 | 2012-11-06 23:39:24 |
| 24.247.124.129 | 2012-10-12 11:27:14 |
| 24.247.159.37 | 2012-10-23 21:22:45 |
| 24.247.171.102 | 2012-09-07 21:00:55 |
| 24.247.188.22 | 2012-10-14 03:54:01 |
| 24.247.202.51 | 2012-11-04 21:06:01 |
| 24.247.74.86 | 2012-11-07 21:09:34 |
| 50.4.105.76 | 2012-10-16 16:45:18 |
| 50.4.110.224 | 2012-09-23 00:45:39 |
| 50.4.160.247 | 2012-09-18 07:13:18 |
| 50.4.166.20 | 2012-10-08 02:55:11 |
| 50.4.167.195 | 2012-11-03 21:16:12 |
| 50.4.167.196 | 2012-09-10 02:11:31 |
| 50.4.169.172 | 2012-10-30 00:56:19 |
| 50.4.17.157 | 2012-07-17 21:33:47 |
| 50.4.18.225 | 2012-11-01 08:38:59 |
| 50.4.198.62 | 2012-09-10 01:46:01 |
| 50.4.209.161 | 2012-10-02 05:13:02 |
| 50.4.209.203 | 2012-10-11 22:12:46 |
| 50.4.220.57 | 2012-08-11 00:18:25 |

| IP Address | Timestamp |
|---|---|
| 50.4.240.179 | 2012-09-27 05:56:20 |
| 50.4.252.41 | 2012-11-09 16:19:57 |
| 66.227.197.15 | 2012-09-19 03:22:32 |
| 66.227.227.156 | 2012-09-28 01:43:12 |
| 66.227.230.73 | 2012-10-12 17:18:04 |
| 66.227.239.84 | 2012-11-08 11:25:04 |
| 66.227.242.55 | 2012-10-30 17:29:46 |
| 67.149.101.189 | 2012-09-22 01:27:11 |
| 67.149.107.81 | 2012-09-25 05:03:32 |
| 67.149.131.96 | 2012-08-06 23:55:02 |
| 67.149.134.139 | 2012-07-10 15:32:22 |
| 67.149.135.66 | 2012-10-17 21:34:31 |
| 67.149.144.72 | 2012-10-30 02:42:47 |
| 67.149.146.36 | 2012-10-12 10:45:43 |
| 67.149.153.253 | 2012-10-11 23:26:11 |
| 67.149.155.197 | 2012-11-09 01:35:39 |
| 67.149.161.221 | 2012-10-31 16:34:36 |
| 67.149.170.6 | 2012-08-16 23:56:54 |
| 67.149.172.22 | 2012-09-09 02:08:07 |
| 67.149.173.190 | 2012-09-28 06:53:36 |
| 67.149.201.50 | 2012-08-07 14:47:43 |
| 67.149.208.81 | 2012-07-13 03:53:59 |
| 67.149.230.164 | 2012-10-25 08:16:09 |
| 67.149.231.53 | 2012-10-16 15:00:35 |
| 67.149.237.33 | 2012-08-29 14:48:10 |
| 67.149.240.74 | 2012-11-05 09:35:33 |
| 67.149.251.200 | 2012-08-31 23:10:22 |
| 67.149.35.65 | 2012-10-28 03:55:18 |
| 67.149.58.218 | 2012-10-19 04:55:38 |
| 67.149.59.104 | 2012-08-23 16:20:47 |
| 67.149.62.86 | 2012-10-15 20:05:39 |
| 67.149.76.101 | 2012-10-28 12:54:18 |
| 67.149.88.187 | 2012-07-30 14:49:15 |
| 67.149.89.27 | 2012-08-18 21:31:02 |
| 67.162.213.8 | 2012-09-07 02:30:02 |
| 67.162.220.241 | 2012-09-19 16:00:49 |
| 67.167.129.106 | 2012-10-16 03:36:02 |
| 67.167.185.3 | 2012-10-26 18:39:49 |
| 67.172.90.155 | 2012-08-25 00:39:06 |
| 67.172.93.22 | 2012-07-25 14:21:31 |
| 68.188.182.34 | 2012-08-27 02:28:03 |
| 68.188.222.130 | 2012-11-05 21:27:52 |
| 68.188.226.217 | 2012-07-12 15:43:20 |
| 68.40.202.202 | 2012-10-26 20:23:12 |
| 68.40.246.180 | 2012-09-20 11:39:33 |
| 68.40.25.248 | 2012-07-28 03:00:00 |
| 68.40.32.59 | 2012-09-25 03:02:37 |

| IP Address | Timestamp |
|---|---|
| 68.40.37.248 | 2012-11-09 02:42:08 |
| 68.40.74.96 | 2012-07-16 22:55:53 |
| 68.41.163.123 | 2012-10-30 05:16:56 |
| 68.41.215.199 | 2012-11-05 19:33:10 |
| 68.41.253.83 | 2012-08-28 14:21:46 |
| 68.41.9.47 | 2012-09-05 06:09:07 |
| 68.42.115.4 | 2012-10-26 16:23:57 |
| 68.42.147.119 | 2012-08-31 20:13:04 |
| 68.42.232.68 | 2012-09-27 12:26:02 |
| 68.42.64.186 | 2012-10-27 00:30:31 |
| 68.42.67.237 | 2012-09-29 14:58:00 |
| 68.42.83.190 | 2012-08-14 14:10:30 |
| 68.43.34.19 | 2012-08-29 00:40:34 |
| 68.60.165.234 | 2012-07-18 21:33:45 |
| 68.60.46.164 | 2012-10-23 05:33:39 |
| 68.60.83.119 | 2012-08-21 00:30:11 |
| 68.61.135.113 | 2012-10-09 02:31:42 |
| 68.61.136.167 | 2012-10-29 02:13:54 |
| 68.61.219.160 | 2012-09-19 00:37:32 |
| 68.62.83.174 | 2012-10-06 03:38:16 |
| 68.62.84.112 | 2012-09-22 04:17:00 |
| 68.83.194.78 | 2012-10-04 23:03:01 |
| 69.136.144.229 | 2012-08-17 17:33:48 |
| 69.136.155.143 | 2012-10-19 00:38:57 |
| 69.137.214.154 | 2012-11-09 02:48:20 |
| 69.137.218.51 | 2012-10-09 01:13:41 |
| 69.14.104.128 | 2012-10-26 10:21:44 |
| 69.14.105.31 | 2012-09-14 02:57:55 |
| 69.14.116.170 | 2012-10-24 17:47:30 |
| 69.14.120.103 | 2012-11-01 12:54:31 |
| 69.14.126.10 | 2012-09-20 22:40:23 |
| 69.14.126.179 | 2012-08-08 19:13:08 |
| 69.14.132.154 | 2012-10-05 03:21:32 |
| 69.14.132.254 | 2012-07-25 04:50:14 |
| 69.14.135.24 | 2012-10-30 16:04:13 |
| 69.14.151.126 | 2012-10-24 02:26:29 |
| 69.14.154.84 | 2012-07-09 16:34:32 |
| 69.14.155.1 | 2012-11-08 23:46:19 |
| 69.14.159.30 | 2012-09-14 08:19:39 |
| 69.14.160.57 | 2012-08-07 04:20:48 |
| 69.14.162.137 | 2012-10-30 01:57:39 |
| 69.14.168.80 | 2012-10-31 17:55:26 |
| 69.14.170.203 | 2012-08-14 18:59:56 |
| 69.14.173.18 | 2012-11-07 08:18:26 |
| 69.14.178.226 | 2012-09-08 01:16:23 |
| 69.14.181.112 | 2012-10-17 19:01:30 |
| 69.14.182.116 | 2012-10-28 06:26:59 |

| IP Address | Timestamp |
|---|---|
| 69.14.185.37 | 2012-09-25 22:31:38 |
| 69.14.187.142 | 2012-07-12 14:51:34 |
| 69.14.195.207 | 2012-10-12 05:08:46 |
| 69.14.20.167 | 2012-11-08 03:39:08 |
| 69.14.20.202 | 2012-08-16 17:53:49 |
| 69.14.200.206 | 2012-09-02 23:07:21 |
| 69.14.200.221 | 2012-10-23 05:42:28 |
| 69.14.21.106 | 2012-08-28 20:16:53 |
| 69.14.211.12 | 2012-08-19 23:41:09 |
| 69.14.214.199 | 2012-11-03 11:50:15 |
| 69.14.221.180 | 2012-10-24 03:56:02 |
| 69.14.224.130 | 2012-09-15 23:08:32 |
| 69.14.228.20 | 2012-11-08 23:14:07 |
| 69.14.23.199 | 2012-10-20 02:24:31 |
| 69.14.233.77 | 2012-08-17 03:10:30 |
| 69.14.25.211 | 2012-09-17 04:59:27 |
| 69.14.254.14 | 2012-11-04 07:50:59 |
| 69.14.3.106 | 2012-11-09 01:47:26 |
| 69.14.3.247 | 2012-11-06 14:53:34 |
| 69.14.30.1 | 2012-08-09 14:15:07 |
| 69.14.38.133 | 2012-11-06 23:14:48 |
| 69.14.46.217 | 2012-11-01 23:00:07 |
| 69.14.48.240 | 2012-08-06 15:56:11 |
| 69.14.53.163 | 2012-10-26 18:28:44 |
| 69.14.53.18 | 2012-10-30 20:00:05 |
| 69.14.55.44 | 2012-11-07 01:38:48 |
| 69.14.59.21 | 2012-09-28 22:12:42 |
| 69.14.62.220 | 2012-10-11 06:01:27 |
| 69.14.65.215 | 2012-08-31 14:45:34 |
| 69.14.75.243 | 2012-10-31 06:29:57 |
| 69.14.91.23 | 2012-09-10 03:24:26 |
| 69.14.94.101 | 2012-11-01 16:46:47 |
| 69.244.139.218 | 2012-11-02 06:14:41 |
| 69.245.69.20 | 2012-11-03 20:16:29 |
| 69.246.1.193 | 2012-08-16 21:08:58 |
| 69.47.120.20 | 2012-10-12 10:44:25 |
| 71.10.56.59 | 2012-10-27 01:45:56 |
| 71.197.16.40 | 2012-08-10 18:36:16 |
| 71.205.106.206 | 2012-08-02 04:53:07 |
| 71.205.129.194 | 2012-07-30 14:47:24 |
| 71.205.196.127 | 2012-09-17 07:07:08 |
| 71.205.253.29 | 2012-11-01 11:35:45 |
| 71.205.93.88 | 2012-10-13 07:02:02 |
| 71.206.113.129 | 2012-10-11 03:50:16 |
| 71.227.2.53 | 2012-07-31 13:24:15 |
| 71.227.3.121 | 2012-09-25 13:01:23 |
| 71.227.32.150 | 2012-10-29 08:20:52 |

| IP Address | Timestamp |
| --- | --- |
| 71.238.149.91 | 2012-10-31 03:33:39 |
| 71.238.17.4 | 2012-10-26 02:56:51 |
| 71.238.226.114 | 2012-08-22 02:13:21 |
| 71.238.23.225 | 2012-10-23 00:24:56 |
| 71.238.4.254 | 2012-10-31 11:07:04 |
| 71.238.53.227 | 2012-09-27 20:19:19 |
| 71.86.183.114 | 2012-10-31 00:47:15 |
| 74.199.13.155 | 2012-11-08 23:25:40 |
| 74.199.13.33 | 2012-10-24 11:45:50 |
| 74.199.5.199 | 2012-11-07 18:44:18 |
| 74.199.5.215 | 2012-09-09 03:01:18 |
| 74.199.50.67 | 2012-10-15 17:58:13 |
| 74.199.51.32 | 2012-11-05 09:28:48 |
| 74.199.65.48 | 2012-10-30 06:26:02 |
| 74.199.72.34 | 2012-10-25 04:38:50 |
| 74.199.73.196 | 2012-09-07 14:11:45 |
| 74.199.78.184 | 2012-10-30 05:49:37 |
| 74.199.97.86 | 2012-11-09 01:53:12 |
| 75.129.114.71 | 2012-10-28 01:28:27 |
| 75.129.122.118 | 2012-09-07 21:18:54 |
| 75.133.23.234 | 2012-08-10 23:14:44 |
| 75.133.38.154 | 2012-07-17 17:43:50 |
| 75.133.85.211 | 2012-10-15 19:59:47 |
| 75.133.88.32 | 2012-07-17 07:33:16 |
| 75.135.148.90 | 2012-07-12 15:44:59 |
| 75.135.156.106 | 2012-08-27 03:29:59 |
| 75.147.242.25 | 2012-11-09 16:07:09 |
| 76.112.112.233 | 2012-10-24 19:52:50 |
| 76.112.197.54 | 2012-11-05 21:39:43 |
| 76.112.206.59 | 2012-08-16 01:38:22 |
| 76.112.216.222 | 2012-11-01 23:16:30 |
| 76.112.27.226 | 2012-11-03 01:43:33 |
| 76.112.49.123 | 2012-08-09 14:24:51 |
| 76.122.173.86 | 2012-08-17 19:55:51 |
| 76.20.169.177 | 2012-08-06 18:57:56 |
| 96.27.12.226 | 2012-08-06 20:34:14 |
| 96.27.13.21 | 2012-09-30 17:30:17 |
| 96.27.14.163 | 2012-11-08 20:19:42 |
| 96.27.16.124 | 2012-07-25 20:58:58 |
| 96.27.16.208 | 2012-11-01 14:11:34 |
| 96.27.48.90 | 2012-11-04 00:24:25 |
| 96.27.82.83 | 2012-11-02 17:47:22 |
| 96.27.83.246 | 2012-10-11 10:36:30 |
| 96.35.69.60 | 2012-11-08 03:23:38 |
| 96.36.12.110 | 2012-07-17 00:25:59 |
| 97.83.152.87 | 2012-08-02 21:50:50 |
| 97.83.22.243 | 2012-11-02 16:12:28 |

| IP Address | Timestamp |
|---|---|
| 97.83.29.187 | 2012-09-12 18:21:07 |
| 97.84.143.111 | 2012-11-05 08:13:44 |
| 97.84.152.211 | 2012-10-04 13:16:01 |
| 97.84.171.148 | 2012-10-23 20:11:28 |
| 97.84.173.162 | 2012-10-25 08:25:37 |
| 97.84.7.242 | 2012-09-05 05:29:06 |
| 97.92.47.116 | 2012-09-23 08:24:39 |
| 97.95.46.188 | 2012-08-07 20:50:15 |
| 98.209.116.34 | 2012-09-20 04:45:55 |
| 98.209.127.117 | 2012-10-27 18:30:26 |
| 98.209.250.81 | 2012-10-11 23:05:43 |
| 98.224.133.252 | 2012-07-10 14:18:17 |
| 98.224.160.145 | 2012-07-24 18:50:00 |
| 98.226.122.49 | 2012-09-15 12:31:35 |
| 98.243.136.163 | 2012-09-15 03:53:13 |
| 98.243.160.70 | 2012-09-25 04:28:20 |
| 98.250.27.8 | 2012-10-26 02:07:14 |
| 98.250.70.47 | 2012-11-02 05:25:36 |
| 98.250.77.223 | 2012-09-30 01:45:26 |