INDEX OF EXHIBITS

| Identifier | Title |
|---|---|
| 1 | Shedding Light on Copyright Trolls: UCLA Entertainment Law Review (2011) |
| 2 | *Patrick Collins v. John Does, 1-12*, Case No. 11-cv-15231-GCS E.D. Mich. Opinion and Order to Show Cause Dated 04/02/12 |
| 3 | *Third Degree Films v. John Does 1-47,* Case No. 12-10761-WGY Dist. Mass. Memorandum and Order Dated October 2, 2012 |
| 4 | *Patrick Collins Inc., v. John Does 1-15,* Case No. 1:12-CV-618 W.D. Mich. Order Dated August 13, 2012 |
| 5 | *In Re Bit Torrent Adult Film Copyright Infringement Cases*¸ Case No. 2:11-cv-03995-DRG E.D.N.Y. Order & Report & Recommendation Dated May 1, 2012 |