UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS, LLC,

      Plaintiff,

-vs-                       #2:12-cv-14442
                              Hon. Gershwin A. Drain

MATTHEW CICCONE,

      Defendant.

_____

JONATHAN W. TAPPAN (P72195)      BERNARD J. FUHS (P69621)
2549 Somerset Blvd #102             150 W Jefferson, Suite 200
Troy MI 48084                      Detroit MI 48226
248.325.5900                      313.225-7044
Attorney for Plaintiff              Attorney for Defendant

<u>APPEARANCE</u>

To the Clerk of Said Court:

      Please enter the appearances of the undersigned as counsel for Movant J. Doe in this matter.

                Respectfully submitted,

                */s/ Kenneth M. Mogill*
                MOGILL, POSNER & COHEN
                By: Kenneth M. Mogill      P17865
                kmogill@bignet.net
                27 E Flint Street, 2nd Floor
                Lake Orion MI 48362
                248.814.9470

Dated: January 18, 2013

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this date I electronically filed the foregoing Appearance and Motion to Quash Subpoena with the Clerk of the Court using the ECF system which will send notification of each filing to the following:

     Jonathan W. Tappan [tappanj@comcast.net]
     Bernard J. Fuhs [fuhs@butzel.com]


                          */s/ Kenneth M. Mogill*
                          MOGILL, POSNER & COHEN
                          By: Kenneth M. Mogill     P17865
                          kmogill@bignet.net
                          27 E Flint Street, 2nd Floor
                          Lake Orion MI 48362
                          248.814.9470

Dated: January 18, 2013