Objection Letter – Case Number 4:12-cv-14442-GAD-MKM

LETTER TO:
United States District Court for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 1013
Detroit, MI 48226
Attn: Honorable Gershwin A. Drain

RECEIVED
JAN 1 8 2013
GERSHWIN A. DRAIN
U.S. DISTRICT JUDGE

REGARDING:
Court Case: AF Holdings, LLC (the "Plantiff") v. Matthew Ciccone Court Case No. 4:12-cv-14442-GAD-MKM
Court: United States District Court for the Eastern District of Michigan
Copyrighted Work: Unspecified
Charter Case Number 12-4465
My ID Number: 14
My IP Address: 24.247.159.37.00

FROM:
U.S Post Office
310 East Michigan Avenue
Kalamazoo, MI 49007

January 15th, 2013

To whom it may concern,

I wish to object to the release of my personal information by my communication provider at any time in regards to this court case. My request has also been forwarded to my communication provider

Finally, please consider this objection to be permanent and continuing in nature.

Sincerely yours,

ID Number 14

Rec'd 1-18-13

U.S. Post Office
310 East Michigan Avenue
Kalamazoo, MI 49007

United States District Court for Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Blvd, Room 1013
Detroit, Michigan 48226

Attn: Honorable Gershwin A. Drain

RECEIVED
JAN 18 2013
GERSHWIN A. DRAIN
U.S. DISTRICT JUDGE