United States District Court for the Eastern District of Michigan

### Judge Gershwin A. Drain

United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 1013
Detroit, MI 48226   January 21, 2013



Your Honor,

I was notified by my Cable company, Charter Communications in regard to Case No. 4:12-cv-14442-GAD-MKM, regarding the use of my wireless internet for some downloading activity.

I would like to formally object to Charter Communications to disclose information regarding my account. I am unaware of any such activity taking place on my wireless internet.

I have also notified Charter Communications of my objection to this disclosure.

Charter Case #12-4465 ID #7.

MAC 24.231.215.24 bc :c8:10:85:7d:c8 4c:60:de:cf:ef:6e


Regards,

Rec'd
1-23-13



22 JAN 2013 PM 1 L

**RECEIVED**
JAN 2 3 2013
GERSHWIN A. DRAIN
U.S. DISTRICT JUDGE

**Judge Gershwin A. Drain**

United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 1013
Detroit, MI 48226

48226279426

#4:12-cv-14442-GAD-MKM