UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF Holdings LLC,

                Plaintiff(s),

v.                                            Case No. 4:12–cv–14442–GAD–MKM
                                            Hon. Gershwin A. Drain

Matthew Ciccone,

                Defendant(s),
_____/

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Intervene – #12
        Motion to Intervene – #13
        Motion to Intervene – #17
        Motion to Intervene – #18
        Motion to Intervene – #19
        Motion to Intervene – #20
        Motion to Intervene – #21
        Motion to Intervene – #22
        Motion to Quash – #23
        Motion – #25
        Motion to Intervene – #26

- MOTION HEARING: February 22, 2013 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/T Bankston
                                                                Case Manager

Dated: January 24, 2013