UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS,

      Plaintiff,

                            Case No.12-cv-14442
                            HON. GERSHWIN A. DRAIN

MATTHEW CICCONE,

      Defendant.

### ORDER STRIKING MOVANT WITH IP ADDRESS 97.95.46.188'S MOTION TO INTERVENE IN ORDER TO QUASH SUBPOENA OR ALTERNATIVELY FOR ISSUANCE OF A PROTECTIVE ORDER [#40]

Presently before the Court is Movant with IP Address 97.95.46.88's Motion to Intervene in Order to Quash Subpoena or Alternatively for Issuance of a Protective Order, filed on January 25, 2013. The Movant's present motion violates this Court's local rules because the brief in support of the motion exceeds twenty pages in length. *See* E.D. Mich. L.R. 7.1(d)(3). Accordingly, the court STRIKES Movant with IP Address 97.95.46.88's Motion to Intervene in Order to Quash Subpoena or Alternatively for Issuance of a Protective Order [#40]. Movant may re-file the motion along with a brief that complies with this Court's local rules.

      SO ORDERED.

Dated: January 25, 2013

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

-1-

CERTIFICATE OF SERVICE

Copies of this Order were served
upon attorneys of record on
January 25, 2013, by electronic mail.

/s/ Tanya Bankston
Deputy Clerk