UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **AF HOLDINGS LLC,**<br>    Plaintiff,<br><br>vs.<br><br>**MATTHEW CICCONE,**<br>    Defendant. | Case No. 012-cv-14442<br><br>Hon. Gershwin A Drain |

JONATHAN W. TAPPAN (P-72195)
Attorney for Plaintiff
2549 Somerset Blvd. #102
Troy, MI 48084
(415) 325-5900

BERNARD J. FUHS (P-69621)
Attorney for Defendant
150 W. Jefferson, Ste. 200
Detroit, MI 48226
(313) 225-7044

ALEXANDER E. KUHNE (P-41382)
Attorney for Objecting Party
330 East Maple Road, Suite 289
Birmingham, Michigan 48009-6313
(248) 644-4539

### SUBPOENA TARGET 75.133.85.211'S OBJECTIONS TO PLAINTIFF'S SUBPOENA UPON CHARTER COMMUNICATIONS, INC. PURSUANT TO RULE 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Subpoena target whose IP address is 75.133.85.211 ["Target"], pursuant to Fed. R. Civ. Pro. 45(c)(2)(B), hereby files its objections to the subpoena served upon its Internet Service Provider, Charter Communications, Inc., by Plaintiff in this matter:

1. In reliance upon Fed. R. Civ. Pro. 45(c)(2)(B), Target states the following objections with regard to the subpoena served by Plaintiff upon its Internet Service Provider, Charter Communications, Inc.:

    a. It is overly broad and not reasonably calculated to lead to the discovery of admissible evidence;

    b. It subjects Target to undue burden and expense;

    c. It seeks evidence from non-party Target which is irrelevant to the case as filed against Defendant;

    d. It requires the disclosure of privileged or other protected information.

2. Target reserves all objections as to the competence, relevance, materiality, admissibility, or privileged status of any information provided in response to this subpoena, unless Target specifically states otherwise.

Dated: January 25, 2013

/s/ Alexander E. Kuhne
ALEXANDER E. KUHNE (P-41382)
Attorney for Objecting Party
330 East Maple Road, Suite 289
Birmingham, MI 48009
(248) 644-4539

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing paper with the Clerk of the Court, and electronically served it upon above-named counsel for the parties, and Charter Communications, Inc.

Dated: January 25, 2013

/s/ Alexander E. Kuhne
ALEXANDER E. KUHNE (P-41382)
Attorney for Objecting Party
330 East Maple Road, Suite 289
Birmingham, MI 48009
(248) 644-4539