Jan 16th 2013

FILED
JAN 22 2013
CLERK'S OFFICE
DETROIT

To whom it may concern:

I formally oppose disclosure in the Court regarding:

Court case: AF Holdings, LLC v. Matthew Ciccone. Court case number: 4:12-cv-14442-GAD-MKM

My Charter case number is 12-4465

My I.D Number: 5

John Doe
MArquette, MI
49855

RECEIVED
JAN 22 2013
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
for the Eastern District of Michigan Southern Division
231 W Lafayette BLVD # 827
Detroit, MI 48226

KINGSFORD MI
17 JAN 2013 PM 1 L