UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

    Plaintiff,

v.   Case No. 12-cv-14442

MATTHEW CICCONE,   Honorable Gershwin A. Drain

    Defendant,

_____/

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | BERNARD J. FUHS (P69621) |
| Jonathan W. Tappan, PLLC | Butzel Long, a Professional Corporation |
| 2549 Somerset Blvd. #102 | 150 West Jefferson, Suite 100 |
| Troy, MI 48084 | Detroit, MI 48226 |
| Phone: (415) 325-5900 | Phone: (313) 225-7044 |
| Email: tappanj@comcast.net | Email: fuhs@butzel.com |
| Attorney for Plaintiff | Attorney for Defendant |

## PLAINTIFF'S OMNIBUS RESPONSE TO MOVANTS' OBJECTIONS

Four anonymous individuals ("Movants") filed letters with the Court objecting to the release of their personal identifying information. (ECF Nos. 27, 34, 37, 38, 58.) To the extent these objections are viewed as motions to quash Plaintiff's subpoenas, Movants have failed to raise a valid legal argument for quashing subpoenas under the Rules. *See* Fed. R. Civ. P. 45(c). The only arguments offered by two of the Movants are a denial of any knowledge or liability associated this case. (ECF No. 34, 37.) A general denial of liability, however, is not a basis for quashing a subpoena. *First Time Videos, LLC v. Does 1–500*, No. 10-6254 (N.D. Ill. Aug. 9, 2011), ECF No. 151 ("A general denial of liability is not relevant as to the validity or enforceability of a subpoena, but rather should be presented and contested once parties are brought properly into the suit."); *MCGIP, LLC v. Does 1–18*, No. 11-1495 EMC, 2011 WL 2181620, at *1 (N.D. Cal. June 2, 2011) ("[T]he merits of this case are not relevant to the issue

1

of whether the subpoena is valid and enforceable."); *Voltage Pictures, LLC v. Does 1–5,000*, No. 10-0873, 2011 WL 1807438, at *2 (D.D.C. May 12, 2011) ("A general denial of liability is not a basis for quashing the plaintiff's subpoena."). Movants' objections, therefore, should be denied and their personal information should be released so Plaintiff can proceed forward in this matter.

Dated:  February 5, 2013

Respectfully Submitted,

/s/ Jonathan W. Tappan  
JONATHAN W. TAPPAN (P72195)  
Jonathan W. Tappan, PLLC  
2549 Somerset Blvd. #102  
Troy, MI 48084  
Phone: (415) 325-5900  
Email: tappanj@comcast.net  
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 5, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

/s/ Jonathan W. Tappan