UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF Holdings LLC
        Plaintiff

Civil Action No.:  12-cv-14442
Honorable Gershwin A. Drain

V

Matthew Ciccone
        Defendant

_____/

Jonathan Tappan P72195
Attorney for plaintiff
2579 Somerset Boulevard #102
Troy, Michigan 48084
(415) 325-5900

John D. Giacomo P73056
Attorney for intervening plaintiff
571 Blue Star Court, Suite 100
Traverse City, Michigan 49685
(231) 714-4730

Bernard J. Fuhs P69621
Attorney for defendant
150 West Jefferson, Suite 200
Detroit, Michigan 48226
(313) 225-7049

James Toth
Attorney for J. Doe
Post Office Box 470
Almont, Michigan 48003
(810) 798-2300

John T. Hermann P52858
Attorney for intervening plaintiff
2684 West 11 Mile Road
Berkley, Michigan 48072
(248) 591-9291

Kenneth Mogill
27 East Flint Street, 2nd Floor
Lake Orion, Michigan 48362
(248) 814-9470

Richelle Hall P53383
91 North Saginaw, Suite 204
Pontiac, Michigan 48342
(248) 858-8550

Timothy Harrington P43439
13957 Plumbrook
Sterling Heights, Michigan 48312
(586) 883-6585

Gad L. Holland P26655
Attorney for IP 98.224.133.252
1274 Library, Suite 303
Detroit, Michigan 48226
(313) 965-0400

_____/

NOTICE TO JOIN MOTION TO INTERVENE
IN ORDER TO QUASH SUBPOENA
OR ALTERNATIVELY FOR
ISSUANCE OF A PROTECTIVE ORDER

The movant has an IP address of 98.224.133.252 files this notice in order to quash the subpoena or alternatively for the issuance of a protective order as set forth in docket entry number 12.

The movant  concurs in the issues and arguments raised in docket number entry 12 which are identical to the issues that the movant seeks to raise.

/s/ Gad L. Holland
Gad L. Holland P26655
Attorney for IP 98.224.133.252

CERTIFICATE OF SERVICE

I certify that on this 9th day of February, 2013, I served a copy of the foregoing document(s) with attachment(s) upon all counsel and/or parties of record at their last known address with postage fees fully prepaid thereon, via:

[ x] E-File  via CM/ECF Jonathan Tappan, John Giacomo, Bernard Fuhs, John Hermann, Kenneth Mogill, Richelle Hall and Timothy Harrington
[x] US Mail
John Doe #5, Alexander E. Kuhne and James Toth
[ ] Facsimile
[ ] Hand Delivery
[ ] Express Mail
[ ] UPS
[ ] Federal Express

/s/ Gad L. Holland
   Gad L. Holland