UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,
    PLAINTIFF

Civil Action No. 12-cv-14442
HONORABLE GERSHWIN A. DRAIN

V.

MATTHEW CICCONE,
    DEFENDANT

JONATHAN W. TAPPAN (P-72195)
Attorney For Plaintiff
2549 Somerset Blvd. #102
Troy, MI 48084
(415) 325-5900

BERNARD J. FUHS (P-69621)
Attorney For Defendant
150 West Jefferson
Suite 200
Detroit, MI 48226
(313) 225-7044

JOHN T. HERMANN (P-52858)
Attorney For Intervening Party
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291

## MOVANT'S (97.92.47.116) REPLY TO "PLAINTIFF'S RESPONSE TO MOVANT'S OBJECTION TO COURT'S ORDER"

Now comes this Movant, identified by IP address 97.92.47.116, represented by Counsel, and files a Reply to "Plaintiff's Response To Movant's Objection To Court's Order." In short, Plaintiff indicates there was no basis for an objection.

However, Fed. R Civ. P. 45(c)(2)(B) *Objections*, provides that, "[a] person commanded to produce documents…may serve on the party or attorney…a written objection to inspecting, copying, testing…or to producing electronically stored information in the form or forms requested."

Willis Law
ATTORNEYS & COUNSELORS
491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007
OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WWPLC.COM

Thus, an objection was filed. There is no question Plaintiff's counsel received it (given the Response herein). That objection specifically was captioned as a Notice Of Objection and directly objected to disclosure of Movant's information pursuant to the subpoena. That Objection was not only proper, but warranted.

Respectfully submitted,

Dated: February 13, 2013   /s/ Shaun P. Willis
Shaun P. Willis (P62441)
Willis Law
Attorney For Movant Herein
491 W. South Street
Kalamazoo, MI 49007
Phone: (269) 492-1040
spwillis@willislawyers.com



**Willis Law**
ATTORNEYS & COUNSELORS

491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007
OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WWPLC.COM

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

/s/ Shaun P. Willis



**Willis Law**
ATTORNEYS & COUNSELORS

491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007

OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WWPLC.COM