# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AF Holdings LLC
    Plaintiff

                             Civil Action No.: 12-cv-14442-GAD-MKM
                             Honorable Gershwin A. Drain
V                            Magistrate Judge Mona K. Majzoub

Matthew Ciccone
    Defendant

_____

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195)<br>Attorney for Plaintiff<br>2579 Somerset Boulevard #102<br>Troy, Michigan 48084<br>(248) 622-0206 | JOHN D. GIACOMO (P73056)<br>Attorney for J. Doe<br>571 Blue Star Court, Suite 100<br>Traverse City, Michigan 49685<br>(231) 714-4730 |
| BERNARD J. FUHS (P69621)<br>Attorney for Defendant Matthew<br>150 West Jefferson, Suite 200<br>Detroit, Michigan 48226<br>(313) 225-7049 | JAMES C. TOTH (P449990)<br>Attorney for J. Doe<br>Post Office Box 470<br>Almont, Michigan 48003<br>(810) 798-2300 |
| JOHN T. HERMANN (P52858)<br>Attorney for Multiple Intervenors<br>2684 West 11 Mile Road<br>Berkley, Michigan 48072<br>(248) 591-9291 | KENNETH M. MOGILL (P17865)<br>27 East Flint Street, 2nd Floor<br>Lake Orion, Michigan 48362<br>(248) 814-9470 |
| RICHELLE C. HALL P53383<br>91 North Saginaw, Suite 204<br>Pontiac, Michigan 48342<br>(248) 858-8550 | TIMOTHY J. HARRINGTON (P43439)<br>13957 Plumbrook<br>Sterling Heights, Michigan 48312<br>(586) 883-6585 |
| GAD L. HOLLAND P26655<br>Attorney for IP 98.224.133.252<br>1274 Library, Suite 303<br>Detroit, Michigan 48226<br>(313) 965-0400 | ALEXANDER E. KUHNE (P41382)<br>Attorney for Objector 75.133.85.211<br>30400 Telegraph Road<br>Suite 357<br>Bingham Farms, MI 48025-4540<br>(248) 644-4539 |

                                      **NOTICE TO JOIN MOTION TO INTERVENE**
                                      **IN ORDER TO QUASH SUBPOENA**
                                      **OR ALTERNATIVELY FOR**
                                      **ISSUANCE OF A PROTECTIVE ORDER** in AF Holdings
                                      v. Ciccone, No. 2:12-cv-14442 (E.D. Mi.).

| | |
|---|---|
| ROBERT J. SAYFIE (P45267) | JENNIFER A. DUKARSKI (P74257) |
| ROBERT J. SAYFIE ASSOC. | Attorney for Defendant Ciccone |
| Attorney for IP# 97.92.47. | 116350 South Main Street |
| 161 Ottawa Avenue, N.W. | Suite 300 |
| Suite 407 | Ann Arbor, MI 48104 |
| Grand Rapids, MI 49503 | (734) 995-3110 |
| (616) 774-9244 | |
| | |
| DONALD G. ROCKWELL (P26723) | MARC R. LAKIN (P41147) |
| Attorney for IP 98.209.250.81 | Attorney for IP   71.227.32.150 |
| G-4413 Corunna Road | 283 E. Franck |
| Flint, Michigan 48532 | Birmingham, MI 48009 |
| (810) 732-3440 | (248) 723 - 1199 |

_____

### NOTICE TO JOIN MOTION TO INTERVENE
### IN ORDER TO QUASH SUBPOENA
### OR ALTERNATIVELY FOR
### ISSUANCE OF A PROTECTIVE ORDER

The potential defendant, IP address of 98.209.250.81, through counsel files this Notice to Join Motion to Intervene in Order to Quash Subpoena or Alternatively for Issuance of a Protective Order as set forth in docket entry number 12.

The potential defendant concurs in the issues and arguments raised in docket number entry 12 which are identical to the issues that the potential defendant seeks to raise.

Dated the 13th day of February, 2013

/s/   Donald G. Rockwell
DONALD G. ROCKWELL (P26723)
Nill Rockwell, P.C.
Attorney for IP 98.209.250.81
G-4413 Corunna Road
Flint, Michigan 48532
810.732.3440
810.732.0214 (Fax)
nrk@tir.com

2

**CERIFICATE OF SERVICE**

Donald G. Rockwell hereby certifies that on February 13, 2013, he electronically filed this document with the Clerk of the Court by way of the CM/ECF system, and he expects that the CM/ECF system will send notification of this electronic filing to the attorneys of record in this matter:

Dated the 13th day of February, 2013.

/s/ Donald G. Rockwell
DONALD G. ROCKWELL (P26723)
Nill Rockwell, P.C.
Attorney for IP 98.209.250.81
G-4413 Corunna Road
Flint, Michigan 48532
810.732.3440
810.732.0214 (Fax)
nrk@tir.com