AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Michigan__

AF Holdings, LLC.
          Plaintiff (s),

V.

Matthew Ciccone
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12-cv-14442

Notice is hereby given that, subject to approval by the court, __Movant (IP address 97.92.47.116)__ substitutes
(Party (s) Name)

__Shaun P. Willis__, State Bar No. __(P62441)__ as counsel of record in
(Name of New Attorney)

place of __Robert J. Sayfie__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Willis Law
    Address: 491 W. South Street, Kalamazoo, MI 49007
    Telephone: (269) 492-1040     Facsimile (269) 492-1042
    E-Mail (Optional): spwillis@willislawyers.com

I consent to the above substitution.
Date: 2/13/2013
                      (Signature of Party (s))

I consent to being substituted.
Date: 2/13/2013
                      (Signature of Former Attorney (s)) Robert Sayfie (P45267)

I consent to the above substitution.
Date: 2/13/2013
                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____               _____
                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]