UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AF Holdings LLC,

                      Plaintiff(s),

v.                                         Case No. 4:12−cv−14442−GAD−MKM
                                                          Hon. Gershwin A. Drain

Matthew Ciccone, et al.,

                      Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: February 28, 2013 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/T Bankston
                                                              Case Manager

Dated: February 19, 2013