# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS, LLC

    Plaintiff,

        v.                      Case No.: 12-cv-14442
                                  Honorable Gershwin A. Drain

MATTHEW CICCONE,

    Defendant.

_____

| | |
|---|---|
| JONATHAN W. TAPPAN (P-72195) | BERNARD J. FUHS (P-69621) |
| Attorney for Plaintiff | Attorney for Defendant |
| 2549 Somerset Blvd. #102 | 150 W. Jefferson, Ste. 200 |
| Troy, MI 48084 | Detroit, MI 48226 |
| (415) 325-5900 | (313) 225-7044 |

JOHN T. HERMANN (P-52858)
Attorney for Intervening Party
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291

JOHN DI GIACOMO (P-73056)
Attorney for Intervening Party
571 Blue Star Ct., Ste. 100
Traverse City, MI 49685
(231) 714-4730

_____

**REPLY TO PLAINTIFF'S RESPONSE TO NOTICE TO JOIN MOTION TO INTERVENE IN ORDER TO QUASH SUBPOENA OR ALTERNATIVELY FOR ISSUANCE OF A PROTECTIVE ORDER**

In response to Intervenor John Doe's Notice to Join Motion to Intervene in Order to Quash Subpoena or Alternatively for Issuance of a Protective Order, which concurs with the prior brief filed by attorney John Herman, Plaintiff contends that Intervenor John Doe, mistakenly identified by IP address 76.122.173.68, lacks standing to intervene. Intervenor John Doe's IP address is 76.122.173.86, and the last two digits were transposed due to a typographical error. Consequently, Intervenor John Doe has the requisite standing to intervene and, therefore, Defendant's request to strike should be denied.

Dated:  February 20, 2013                    */s/ John Di Giacomo*_____
                                                            John Di Giacomo (P-73056)
                                                            *Attorney for Intervening Party*
                                                            571 Blue Star Ct., Ste. 100
                                                            Traverse City, MI 49685
                                                            (231) 714-4730

# CERTIFICATE OF SERVICE

Documents:

- *Notice to Join Motion to Intervene In Order to Quash Subpoena or Alternatively For Issuance of a Protective Order*

I hereby certify that on February 20, 2013 the referenced documents were electronically filed and served via email:

Jonathan W. Tappan
Attorney for Plaintiff
2549 Somerset Blvd. #102
Troy, MI 48084
(415) 325-5900

Bernard J. Fuhs
Attorney for Defendant
150 W. Jefferson, Ste. 200
Detroit, MI 48226
(313) 225-7044

Robert J. Sayfie
Attorney for Defendant
161 Ottawa Avenue, N.W.
Suite 407
Grand Rapids, MI 49503
616-774-9244

James C. Toth
Attorney for Defendant
117 S Main Street
P.O. Box 470
Almont, MI 48003
810-798-2300

Kenneth M. Mogill

Attorney for Intervening Party
27 E. Flint Street
2nd FLoor
Lake Orion, MI 48226
248-814-9470

Eric C. Grimm
Attorney for Intervening Party
120 W. Apple Avenue
P.O. Box 599
Muskegon, MI 49443-0599
231-728-1111

Richelle C. Hall
Attorney for Intervening Party
91 N. Saginaw
Suite 204
Pontiac, MI 48342
248-858-5850

Timothy J. Harrington
Attorney for Intervening Party
13957 Plumbrook
Sterling Heights, MI 48312
(586) 883-6585

Alexander E. Kuhne
Attorney for Intervening Party
30400 Telegraph Road
Suite 357
Bingham Farms, MI 48025-4540
248-644-4539


Dated:  February 6, 2013                    */s/ John Di Giacomo*_____
                                            John Di Giacomo (P-73056)
                                            *Attorney for Intervening Party*
                                            571 Blue Star Ct., Ste. 100
                                            Traverse City, MI 49685
                                            (231) 714-4730