# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS, LLC

    Plaintiff,

        v.                                Case No.: 12-cv-14442
                                           Honorable Gershwin A. Drain

MATTHEW CICCONE,

    Defendant.

_____

JONATHAN W. TAPPAN (P-72195)    BERNARD J. FUHS (P-69621)
Attorney for Plaintiff                         Attorney for Defendant
2549 Somerset Blvd. #102              150 W. Jefferson, Ste. 200
Troy, MI 48084                                     Detroit, MI 48226
(415) 325-5900                                     (313) 225-7044

JOHN T. HERMANN (P-52858)
Attorney for Intervening Party
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291

JOHN DI GIACOMO (P-73056)
Attorney for Intervening Party
571 Blue Star Ct., Ste. 100
Traverse City, MI 49685
(231) 714-4730

_____

**MOTION TO CORRECT INTERVENOR INFORMATION**

Intervenor John Doe, previously mistakenly identified by IP address 76.122.173.68, hereby moves and respectfully requests that the Court issue an Order correcting Intervenor's IP address from 76.122.173.68 to 76.122.173.86.

Dated:  February 20, 2013                    */s/ John Di Giacomo*_____
                                             John Di Giacomo (P-73056)
                                             *Attorney for Intervening Party*
                                             571 Blue Star Ct., Ste. 100
                                             Traverse City, MI 49685
                                             (231) 714-4730

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS, LLC

    Plaintiff,

        v.                    Case No.: 12-cv-14442
                                Honorable Gershwin A. Drain

MATTHEW CICCONE,

    Defendant.

_____

JONATHAN W. TAPPAN (P-72195)    BERNARD J. FUHS (P-69621)
Attorney for Plaintiff                       Attorney for Defendant
2549 Somerset Blvd. #102              150 W. Jefferson, Ste. 200
Troy, MI 48084                              Detroit, MI 48226
(415) 325-5900                              (313) 225-7044

JOHN T. HERMANN (P-52858)
Attorney for Intervening Party
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291

JOHN DI GIACOMO (P-73056)
Attorney for Intervening Party
571 Blue Star Ct., Ste. 100
Traverse City, MI 49685
(231) 714-4730

_____

**BRIEF IN SUPPORT OF MOTION TO CORRECT INTERVENOR**

**INFORMATION**

On February 6, 2013, attorney John Di Giacomo filed an appearance and Notice of Joint Motion to Intervene In Order to Quash Subpoena or Alternatively for Issuance of a Protective Order on behalf of Intervenor John Doe, who, at that time, was mistakenly identified in pleadings and the ECF filings system as IP address 76.122.173.68. Intervenor now requests that the Court issue an order correcting the IP address associated with Intervenor to the correct IP address: 76.122.173.86.

Dated:  February 20, 2013               /s/ John Di Giacomo_____
                                                                  John Di Giacomo (P-73056)
*Attorney for Intervening Party*
571 Blue Star Ct., Ste. 100
Traverse City, MI 49685
(231) 714-4730

# CERTIFICATE OF SERVICE

Documents:

- *Motion to Correct Intervenor Information*
- *Brief in Support of Motion to Correct Intervenor Information*
- *Proposed Order Re Motion to Correct Intervenor Information*

I hereby certify that on February 20, 2013 the referenced documents were electronically filed and served via email:

Jennifer A. Dukarski
dukarski@butzel.com,bailey@butzel.com

Bernard J. Fuhs
fuhs@butzel.com,skarbek@butzel.com

Eric C. Grimm
ecgrimm@williamshugheslaw.com,khorness@williamshugheslaw.com

Richelle C. Hall
richelleha@uawlsp.com

Timothy J. Harrington
tharrington@moorepennalaw.com,lmhatty@comcast.net

John T. Hermann
JTHermanos@Earthlink.Net

Gad L. Holland
holland.ebony@gmail.com

Marc R. Lakin
marclakin@mac.com

Kenneth M. Mogill
kmogill@bignet.net,PAULAUDM@AOL.COM

Donald G. Rockwell
nrk@tir.com

Jonathan W. Tappan
tappanj@comcast.net,blgibbs@wefightpiracy.com,docket@wefightpiracy.com

Shaun Patrick Willis
spwillis@willislawyers.com,jjoseph@willislawyers.com,dburza@willislawyers.com

By first class mail:

Alexander E. Kuhne
30400 Telegraph Road Suite 357
Bingham Farms, MI 48025-4540

James C. Toth
Great Lakes Legal Team
117 S Main Street P.O. Box 470
Almont, MI 48003

Dated:  February 20, 2013                    */s/ John Di Giacomo*_____
                                             John Di Giacomo
                                             571 Blue Star Ct.
                                             Suite 100
                                             Traverse City, MI  49685