**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

**AF HOLDINGS LLC,**
**PLAINTIFF**

**Civil Action No. 12-cv-14442**
**HONORABLE GERSHWIN A. DRAIN**

**V.**

**MATTHEW CICCONE,**
**DEFENDANT**

---

JONATHAN W. TAPPAN (P-72195)
Attorney For Plaintiff
2549 Somerset Blvd. #102
Troy, MI 48084
(415) 325-5900

BERNARD J. FUHS (P-69621)
Attorney For Defendant
150 West Jefferson
Suite 200
Detroit, MI 48226
(313) 225-7044

JOHN T. HERMANN (P-52858)
Attorney For Intervening Party
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291

---

**NOTICE OF WITHDRAWAL OF MOVANT'S (97.92.47.116) NOTICE OF OBJECTION TO ORDER GRANTING STIPULATED JOINT MOTION TO EXPEDITE DISCOVERY [#11]**

Now comes this Movant, identified by IP address 97.92.47.116, represented by Counsel, and respectfully notifies this Honorable Court that their prior Notice of Objection (Record entry No. 42), is withdrawn due to an intervening material change in the circumstances of this movant.

The movant is no longer threatened with the release of any personally identifiable information in connection with this case, as an Agreement has been reached between the parties.




ATTORNEYS & COUNSELORS
491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007
OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WWPLC.COM

Respectfully submitted,

Dated: March 6, 2013

/s/ Shaun P. Willis

Shaun P. Willis (P62441)
Willis Law
Attorney For Movant (IP# 97.92.47.116)
491 W. South Street
Kalamazoo, MI 49007
Phone: (269) 492-1040
spwillis@willislawyers.com




ATTORNEYS & COUNSELORS
491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007
OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WWPLC.COM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

/s/ Shaun P. Willis


ATTORNEYS & COUNSELORS

491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007

OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WWPLC.COM