# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| AF HOLDINGS LLC, | / | |
| | / | |
| Plaintiff, | / | |
| v. | / | Case No. 12-cv-14442 |
| | / | |
| MATTHEW CICCONE, | / | Honorable Gershwin A. Drain |
| | / | |
| Defendant, | / | |
| _____ | / | _____ |

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | BERNARD J. FUHS (P69621) |
| Jonathan W. Tappan, PLLC | Butzel Long, A Professional Corporation |
| 2549 Somerset Blvd. #102 | 150 West Jefferson, Suite 100 |
| Troy, MI 48084 | Detroit, MI 48226 |
| Phone: (415) 325-5900 | Phone: (313) 225-7044 |
| Email: tappanj@comcast.net | Email: fuhs@butzel.com |
| Attorney for Plaintiff | Attorney for Defendant |

## (PROPOSED) STIPULATED ORDER DISMISSING COMPLAINT

NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Matthew Ciccone, through his counsel, Bernard J. Fuhs, and, as Plaintiff AF Holdings, LLC has agreed to forever release any and all claims it has asserted and/or could have asserted against Defendant Matthew Ciccone, all of his agents, principals, partners, officers, directors, employees, associates, attorneys, insurers, heirs, executors, administrators, predecessors, successors, affiliated entities, assigns, privies, spouses and all other persons, firms or entities, which are or might be associated with Internet Protocol ("I.P.") address 68.41.29.56, whether known or unknown, relating to the subject matter of the instant action, the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

1

PDF created with pdfFactory Pro trial version www.pdffactory.com

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Matthew Ciccone, in the above-captioned case, shall be dismissed with prejudice; and

IT IS FURTHER ORDERED that Plaintiff AF Holdings, LLC is barred from bringing any and all future claims relating to the subject matter of the instant action against Defendant Matthew Ciccone; and

IT IS FURTHER ORDERED that no party shall be obligated to pay costs and/or fees of any other party in this matter.

IT IS SO ORDERED.

_____
Honorable United States District Judge

Approved as to form and substance:

| | |
|---|---|
| __/s/ Bernard J. Fuhs_____ | __/s/ Jonathan Tappan_____ |
| Bernard J. Fuhs (P69621) | Jonathan W. Tappan (P72195) |
| Attorney for Defendant | Attorney for Plaintiff |
| Matthew Ciccone | AF Holdings, LLC |

PDF created with pdfFactory Pro trial version www.pdffactory.com