UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

  Plaintiff,

v.           Case No. 12-cv-14442

MATTHEW CICCONE,     Honorable Gershwin A. Drain

  Defendant,

---

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | BERNARD J. FUHS (P69621) |
| Jonathan W. Tappan, PLLC | Butzel Long, A Professional Corporation |
| 2549 Somerset Blvd. #102 | 150 West Jefferson, Suite 100 |
| Troy, MI 48084 | Detroit, MI 48226 |
| Phone: (415) 325-5900 | Phone: (313) 225-7044 |
| Email: tappanj@comcast.net | Email: fuhs@butzel.com |
| Attorney for Plaintiff | Attorney for Defendant |

**STIPULATED ORDER  OF DISMISSAL WITH PREJUDICE**

  NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Matthew Ciccone, through his counsel, Bernard J. Fuhs, and, as Plaintiff AF Holdings, LLC has agreed to forever release any and all claims it has asserted and/or could have asserted against Defendant Matthew Ciccone, all of his agents, principals, partners, officers, directors, employees, associates, attorneys, insurers, heirs, executors, administrators, predecessors, successors, affiliated entities, assigns, privies, spouses and all other persons, firms or entities, which are or might be associated with Internet Protocol ("I.P.") address 68.41.29.56, whether known or unknown, relating to the subject matter of the instant action, the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

1

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Matthew Ciccone, in the above-captioned case, shall be dismissed with prejudice; and

IT IS FURTHER ORDERED that Plaintiff AF Holdings, LLC is barred from bringing any and all future claims relating to the subject matter of the instant action against Defendant Matthew Ciccone; and

IT IS FURTHER ORDERED that this Order disposes of the last pending claim, dismisses the case with prejudice, with each party to bear its own costs and fees, and closes the case.

IT IS SO ORDERED.

/s/Gershwin A Drain_____
Honorable United States District Judge

Approved as to form and substance:

__/s/ Bernard J. Fuhs_____          __/s/ Jonathan Tappan_____
Bernard J. Fuhs (P69621)                    Jonathan W. Tappan (P72195)
Attorney for Defendant                       Attorney for Plaintiff
Matthew Ciccone                              AF Holdings, LLC